# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00131-CV

**Debra Trbula, Appellant**

**v.**

**Brenda Rose Truelove and James M. Rose, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 230,141-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Debra Trbula has filed an unopposed motion to dismiss this appeal and order that costs related to this appeal be paid by the party incurring them. We grant the motion. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:  August 6, 2010